The People of the State of Illinois, Plaintiff-Appellant, v. Howard H. Lerch, Defendant-Appellee.

Gen. No. 66–42M. (Abstract of Decision.)

Second District.

November 30, 1966.

William G. Clark, Attorney General of the State of Illinois, of Springfield (William A. Bomp and Fred G. Leach, Assistant Attorneys General, of counsel), and William R. Nash, State's Attorney, of Rockford (Alfred W. Cowan, Jr., Assistant State's Attorney, of counsel), for appellant; Berry and Simmons, of Rockford, for appellee. Opinion by PRESIDING JUSTICE MORAN. Not to be published in full.